**STATE of Missouri, Respondent,**

v.

**Jacob T. SIPES, Appellant.**

**No. WD 65887.**

Missouri Court of Appeals, Western District.

Oct. 23, 2007.

Craig Allan Johnston, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Daniel McPher-son, Office of Attorney General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and JAMES M. SMART, JR., Judge.

## ORDER

Steven Turner ("Turner") appeals a judgment in favor of the defendant in his suit for damages resulting from a three-car rear-end collision. Turner claims that the jury's verdict in favor of the defendant was against the weight of the evidence, and that the trial court abused its discretion in denying a motion for new trial on that basis. Because evidentiary support is not a prerequisite to a general defense verdict, we affirm pursuant to Rule 84.16(b). A published formal opinion would have no precedential value, and the parties have been provided with a memorandum explaining the reasoning of the court.